FALSTON BROWN V. THE STATE.

No. 9938. Delivered Dec. 23, 1925.

Burglary—No Statement of Facts—No Bill of Exception.

There are no bills of exception nor statement of facts in this record. No error has been perceived or pointed out, and the judgment is affirmed.

Appeal from the Criminal District Court No. 2 of Dallas County. Tried below before the Hon. C. A. Pippen, Judge.

Appeal from a conviction of burglary, penalty two years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Nat Gentry, Jr.*, Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is burglary; punishment fixed at confinement in the penitentiary for a period of two years.

The indictment appears regular. The record is before us without bills of exception or statement of facts. No error has been perceived or pointed out.

The judgment is affirmed.

*Affirmed.*